# EXHIBIT E

This tab shows accessibility issues, indicating problems for older users, people with disabilities or accessibility needs. Automated testing cannot detect all accessibility issues, so should be used alongside human testing.

| Level | WCAG 2.1 | Section 508 - 2017 | Key |
|---|---|---|---|
| A | 🔴 | 🔴 | 🔴 Pages with level A issues are unusable for some people |
| AA | 🟡 | 🟡 | 🟡 Pages with level AA issues are very difficult to use |
| AAA | 🟡 | | 🟡 Pages with level AAA issues can be difficult to use |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|

## Level A

24 issues on 1446 pages

| | | | |
|---|---|---|---|
| 🔴 | `alt` text should not be an image file name. | WCAG 2.1 A F30<br>Section 508 (2017) A F30 | 1 pages |
| 🔴 | `alt` text should not contain placeholders like 'picture' or 'spacer'. | WCAG 2.1 A F30<br>Section 508 (2017) A F30 | 1445 pages |
| 🔴 | An element with `aria-hidden=true` contains focusable content. | WCAG 2.1 A 4.1.2<br>Section 508 (2017) A 4.1.2 | 1 pages |
| 🔴 | ARIA `role=button` element is empty and has no accessible name. | WCAG 2.1 A 4.1.2<br>Section 508 (2017) A 4.1.2 | 1 pages |
| 🔴 | Avoid animated images over 5 seconds long that can't be paused or stopped. | WCAG 2.1 A F7<br>Section 508 (2017) A F7 | 3 pages |
| 🔴 | Clickable controls should be keyboard accessible. | WCAG 2.1 A F15<br>Section 508 (2017) A F15 | 6 pages |
| 🔴 | Clickable controls should have an ARIA role. | WCAG 2.1 A F54<br>Section 508 (2017) A F54 | 6 pages |
| 🔴 | Element `li` not allowed as child element in this context. | HTML5 WCAG 2.1 A 1.3.1<br>Section 508 (2017) A 1.3.1 | 1 pages |
| 🔴 | Headings should not be empty. | WCAG 2.1 A 1.3.1<br>Section 508 (2017) A 1.3.1 | 75 pages |
| 🔴 | HTML form control has no accessible name. | WCAG 2.1 A F68<br>Section 508 (2017) A F68 | 158 pages |
| 🔴 | `iframe` and `frame` elements must have a `title` attribute. | WCAG 2.1 A 4.1.2<br>Section 508 (2017) A 4.1.2 | 118 pages |
| 🔴 | `img` elements must have an accessible name. | WCAG 2.1 A F65<br>Section 508 (2017) A F65 | 12 pages |
| 🔴 | Indicating links using only a text color change does not work for color-blind users. | WCAG 2.1 A F73<br>Section 508 (2017) A F73 | 405 pages |
| 🔴 | Links must have an accessible name. | WCAG 2.1 A F89<br>Section 508 (2017) A F89 | 7 pages |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| 🔴 | Several links on a page share the same link text and surrounding context, but go to different destinations. | [WCAG 2.1 A F63](#) [Section 508 (2017) A F63](#) | 572 pages |
| 🔴 | The element `iframe` must not appear as a descendant of the `a` element. | [HTML5](#) [WCAG 2.1 A 4.1.2](#) [Section 508 (2017) A 4.1.2](#) | 4 pages |
| 🔴 | The element `label` must not appear as a descendant of the `a` element. | [HTML5](#) [WCAG 2.1 A 4.1.2](#) [Section 508 (2017) A 4.1.2](#) | 6 pages |
| 🔴 | The interactive element `iframe` must not appear as a descendant of the `a` element. | [HTML5](#) [WCAG 2.1 A 4.1.2](#) [Section 508 (2017) A 4.1.2](#) | 4 pages |
| 🔴 | The interactive element `input` must not appear as a descendant of the `a` element. | [HTML5](#) [WCAG 2.1 A 4.1.2](#) [Section 508 (2017) A 4.1.2](#) | 6 pages |
| 🔴 | The interactive element `label` must not appear as a descendant of the `a` element. | [HTML5](#) [WCAG 2.1 A 4.1.2](#) [Section 508 (2017) A 4.1.2](#) | 6 pages |
| 🔴 | The visual label must appear in the accessible name of links and controls. | [WCAG 2.1 A F96](#) [Section 508 (2017) A F96](#) | 1244 pages |
| 🔴 | This skip link is broken. The target anchor does not exist or is commented out. | [WCAG 2.1 A 2.4.1](#) [Section 508 (2017) A 2.4.1](#) | 1 pages |
| 🔴 | Use semantic markup like `strong` instead of using the CSS `font-weight` property. | [WCAG 2.1 A F2](#) [Section 508 (2017) A F2](#) | 1260 pages |
| 🔴 | Use the `lang` attribute to identify the language of the page. | [WCAG 2.1 A 3.1.1](#) [Section 508 (2017) A 3.1.1](#) | 1 pages |

## Level AA

5 issues on 1445 pages

| | | | |
|---|---|---|---|
| 🟠 | Cannot use `aria-label` or `aria-labelledby` on elements and roles that prohibit naming. | [HTML5](#) [ARIA 1.2](#) | 5 pages |
| 🟠 | Ensure that text and background colors have enough contrast. | [WCAG 2.1 AA 1.4.3](#) [Section 508 (2017) AA 1.4.3](#) | 1445 pages |
| 🟠 | If you set any of the colors on the `body` or `a` elements you must set all of them. | [WCAG 2.1 AA F24](#) [Section 508 (2017) AA F24](#) | 1 pages |
| 🟠 | Phrases in a different language should be in a `span` or `div` with a `lang` attribute. | [WCAG 2.1 AA 3.1.2](#) [Section 508 (2017) AA 3.1.2](#) | 2 pages |
| 🟠 | The CSS outline or border style on this element makes it difficult or impossible to see the link focus outline. | [WCAG 2.1 AA F78](#) [Section 508 (2017) AA F78](#) | 1445 pages |

## Level AAA

7 issues on 1445 pages

| | | | |
|---|---|---|---|
| 🟡 | Avoid specifying a new window as the target of a link with `target=_blank`. | [WCAG 2.1 AAA F22](#) | 1445 pages |
| 🟡 | Clickable targets must be at least 44 by 44 CSS pixels. | [WCAG 2.1 2.5.5](#) | 1445 pages |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| ◐ | Don't use CSS animations or transitions in interactions without giving the user a way to turn them off. | WCAG 2.1 2.3.3 | 1007 pages |
| ◐ | Ensure that text and background colors have a 7:1 contrast ratio. | WCAG 2.1 AAA 1.4.6 | 1252 pages |
| ◐ | Link uses general text like 'Click Here' which doesn't explain link purpose. | WCAG 2.1 AAA F84 | 19 pages |
| ◐ | Many people with cognitive disabilities (including dyslexia) find text styled with `text-align:justify` hard to read. | WCAG 2.1 AAA F88 | 1 pages |
| ◐ | Several links on a page share the same link text, but go to different destinations. | WCAG 2.1 AAA 2.4.9 | 2059 pages |

## Informative

These messages are for information only and do not indicate errors or conformance problems

| | | | |
|---|---|---|---|
| ○ | WCAG Success Criteria 4.1.1 is always satisfied for HTML and XML pages. | WCAG 2.1 4.1.1 | 2 pages |