UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
SUSAN COMPETELLO, *on behalf of herself and all* : 
*others similarly situated*, :
:
      Plaintiff, :  24-CV-2547 (JMF)
:
  -v- :  <u>ORDER</u>
:
ELLA + MILA, INC., :
:
      Defendant. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

  Plaintiff alleges that Defendant's website is not accessible to blind and visually impaired customers and, thus, violates Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq*. In the Court's experience, cases involving such claims almost always settle, often even before the initial pretrial conference. To that end, by separate Order to be entered today, **the Court is referring this case to the assigned Magistrate Judge for General Pretrial Purposes, including settlement. To be clear, the referral does *not* encompass any dispositive motions, which will be handled by the undersigned in the normal course.**

  SO ORDERED.

Dated: April 5, 2024
   New York, New York
                    _____
                     JESSE M. FURMAN
                    United States District Judge